UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-80192-CIV-MIDDLEBROOKS/BRANNON

DZIYANA EISENBAND, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

BPCL MANAGEMENT, LLC, PARADISE
CRUISE LINE OPERATOR LTD. INC.,
d/b/a BAHAMAS PARADISE CRUISE,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice filed on April 4, 2018. (DE 16). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff may dismiss this action against Defendants by filing a notice of dismissal before Defendants serve either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have filed neither. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that **all pending motions are DENIED AS MOOT**. The Clerk of Court shall **CLOSE this case**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this __12__ day of April, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record